IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-30280
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit
**FILED**
October 5, 2016
Lyle W. Cayce
Clerk

D.C. Docket No. 2:15-CV-1979
D.C. Docket No. 2:15-CV-2597

WAYNE GORDON,

    Plaintiff – Appellant

v.

LEON REGAN; CITADEL BUILDERS, L.L.C.; UNIDENTIFIED PARTY; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, improperly named Travelers Casualty and Surety Company of American, Incorporated,

    Defendants - Appellees

-----------------------------------------------------------------------------------------------------------------

WAYNE GORDON

    Plaintiff – Appellant

v.

LEON REGAN; CITADEL BUILDERS, L.L.C.; UNIDENTIFIED PARTY; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICAN, INCORPORATED

    Defendants - Appellees

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before HIGGINBOTHAM, HAYNES, and HIGGINSON, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.



Certified as a true copy and issued
as the mandate on **Oct 05, 2016**

**Attest:**　*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**